171 So. 925

## Dozier ROPER v. STATE.
### 6 Div. 116.

Court of Appeals of Alabama.
Dec. 15, 1936.

SAMFORD, Judge.
Affirmed.

165 So. 922

## Loomis ROSS v. CITY OF HUNTSVILLE.
### 8 Div. 236.

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Affirmed.

173 So. 924

## Ethel ROWELL v. STATE.
### 8 Div. 349.

Court of Appeals of Alabama.
Jan. 26, 1937.

SAMFORD, Judge.
Appeal dismissed.

170 So. 920

## Monroe ROWELL v. STATE.
### 8 Div. 350.

Court of Appeals of Alabama.
Oct. 27, 1936.

Raymond Murphy, of Florence, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

173 So. 924

## Ruth ROWELL v. STATE.
### 8 Div. 348.

Court of Appeals of Alabama.
Feb. 2, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

170 So. 925

## Theo RUCKER v. STATE.
### 8 Div. 429.

Court of Appeals of Alabama.
Oct. 27, 1936.

RICE, Judge.
Affirmed.

173 So. 924

## Charlie RUSSELL v. CITY OF HUNTSVILLE.
### 8 Div. 383.

Court of Appeals of Alabama.
Feb. 16, 1937.

BRICKEN, Presiding Judge.
Affirmed.

169 So. 913

## Walter RUSSELL v. STATE.
### 8 Div. 358.

Court of Appeals of Alabama.
June 30, 1936.

BRICKEN, Presiding Judge.
Affirmed.